# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| BRUCE DWAIN COPELAND, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:24-CV-00697- |
| v. | § | SDJ-AGD |
| | § | |
| OFFICE OF THE ATTORNEY | § | |
| GENERAL, CHILD SUPPORT | § | |
| DIVISION, ET AL. | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 25, 2025, the Magistrate Judge entered a Report, (Dkt. #47), recommending that Defendant Katie Andrews' Motion to Dismiss, (Dkt. #22), be granted, that Defendant Breanna Griffin's Motion to Dismiss, (Dkt. #24), be granted, that Defendant Ruth Anne Thornton's Motion to Dismiss, (Dkt. #40), be granted, that Plaintiff's claims against Defendants be dismissed without prejudice, and that Defendant Andrews' Motion to Dismiss for Want of Prosecution, (Dkt. #25), Plaintiff's Motion for Declaratory Judgment and Application for Expedited Relief, (Dkt. #30), and Defendants Griffin and Thornton's Motion to Strike Plaintiff's Sur-Reply, (Dkt. #45), and Emergency Motion to Stay Discovery, (Dkt. #46), be denied as moot. On July 9, 2025, Plaintiff filed an objection (Dkt. #48). On July 16, 2025, Defendants Griffin and Thornton filed a Response (Dkt. #50).

Having received the Report of the Magistrate Judge, considered Plaintiff's objection, (Dkt. #48), Defendants' Response, (Dkt. #50), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Andrews' Motion to Dismiss, (Dkt. #22), is **GRANTED**. It is further **ORDERED** that Defendant Griffin's Motion to Dismiss, (Dkt. #24), is **GRANTED**. It is further **ORDERED** that Defendant Thornton's Motion to Dismiss, (Dkt. #40), is **GRANTED**. It is further **ORDERED** that Defendant Andrews' Motion to Dismiss for Want of Prosecution, (Dkt. #25), Plaintiff's Motion for Declaratory Judgment and Application for Expedited Relief, (Dkt. #30), and Defendants Griffin and Thornton's Motion to Strike Plaintiff's Sur-Reply, (Dkt. #45), and Emergency Motion to Stay Discovery, (Dkt. #46), are **DENIED as moot**. It is finally **ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE.**

So ORDERED and SIGNED this 18th day of July, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE